UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAWN VALGEAN, Individually : ECF
and on Behalf of All Other : 08 Civ. 4246 (JBW)(MLO)
Persons Similarly Situated, :
:
                Plaintiffs, :
:
     -against- :
:
ST. VINCENT'S SERVICES, INC., :
ROBERT M. HARRIS, and JOHN DOES #1-10, :
:
                Defendants. :
:
:
------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to Plaintiff Shawn Valgean, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than Plaintiffs Shawn Valgean. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than Shawn Valgean.

¶ 1.

_____  Dated: ~~March~~ April 14, 2009
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiffs

_____  Dated: ~~March~~ April 14, 2009
Joseph B. Cartafalsa
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
(212) 682-9380 (fax)
Attorneys for Defendants

**SO ORDERED.**

Dated: _____, 2009    _____
                                United States District Judge